### United States Bankruptcy Court, Northern District of Illinois, Eastern Division
### Attorney Appearance Form

Case Title:   Jeffrey Foster                                    Case Number:   22-06377

An appearance is hereby filed by the undersigned as attorney for:
   PNC Bank, National Association

Attorney name (type or print):   Joel P. Fonferko

Firm:   Codilis & Associates, P.C.

Street Address:   15W030 North Frontage Road, Suite 100

City/State/Zip:   Burr Ridge, IL 60527

Bar ID Number:   6276490                                  Telephone Number:   (630) 794-5300
(See item 3 in instructions)

Email
Address:               bkpleadingsNORTHERN@il.cslegal.com

Are you acting as lead counsel in this case?                ■  Yes      □  No

Are you acting as local counsel in this case?               □  Yes      ■  No

Are you a member of the court's trial bar?                  □  Yes      ■  No

If this case reaches trial, will you act as the trial attorney?   □  Yes      ■  No

If this is a criminal case, check your status.      □  Retained Counsel
                                                    □  Appointed Counsel
                                                       If appointed counsel, are you

                                                          □  Federal Defender
                                                          □  CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's
general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct.  Under 28 U.S.C. §1746, this
statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    June 21, 2022

Attorney signature:   /s/ Joel P. Fonferko
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**22-06377**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**File #14-22-04655**

NOTE: This law firm is a debt collector.