UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-06377 |
| Jeffrey Foster | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO ALLOW DEBTOR TO MAINTAIN CERTAIN BANK ACCOUNTS**

This matter coming to be heard on the Debtor's Motion to Maintain Certain Bank Accounts, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. Debtor-in-possession Jeffrey Foster is permitted to maintain the savings accounts with account numbers ending in x0720 and x1520 at First American Bank.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 27, 2022

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602