UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-06377 |
| Jeffrey Foster, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING WITHOUT PREJUDICE AGREED MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY

This matter came before the court on August 22, 2022, on the agreed motion for limited relief from the automatic stay filed by John F. Sullivan on behalf of PNC Bank, National Association,

IT IS HEREBY ORDERED:

The agreed motion filed by PNC Bank, N.A. for entry of an order granting limited relief from the automatic stay is denied without prejudice for improper notice reasons as stated on the record.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: August 22, 2022