UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   22-06377 |
| JEFFREY FOSTER | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING AGREED MOTION TO MODIFY STAY AND TO SHORTEN NOTICE**

THIS matter coming before the court on the agreed motion of Jeffrey Foster and PNC Bank, National Association, for relief from the stay to permit the Seventh Circuit Court of Appeals to issue its decision in the appeal styled Jeff Foster v. PNC Bank, National Association, No. 20-1667, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted.  The stay is modified to permit the court of appeals to issue its decision in the appeal.

2. Notice of the motion is shortened to notice given for cause.

3. Rule 4001(a)(3) does not apply to this order.


Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  September 19, 2022

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602
jstorer@wfactorlaw.com
312.373.7226