UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-06377 |
| Jeffrey Foster | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Granting Debtor's Motion to Retain Special Counsel

This matter coming before the court on the debtor's motion to retain special counsel, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The debtor is to employ David J. Schwab of Ralph, Schwab & Schiever, Chartered as special counsel effective November 14, 2022, with compensation subject to further order of court.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: December 12, 2022

**Prepared by:**

Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 373-7226
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com