Form G5 (20210922_bkd)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number:  22-06377 |
| | ) | |
| Jeffrey Foster, | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING DEADLINES PENDING CONCLUSION OF MEDIATION

This matter coming before the court for a status hearing, the debtor and PNC Bank appearing by counsel and being in agreement, and the court being fully advised, IT IS HEREBY ORDERED:

1.  The "conclusion of the mediation" in order dated February 6, 2023, is April 3, 2023.

2. The deadlines for PNC to object to the debtor's claims of exemption and for the debtor to file an amended plan and disclosure statement are extended to May 3, 2023.

3. Adversary proceeding No. 22 A 207 remains stayed, including the deadline for PNC to answer or otherwise plead to the complaint and any deadlines for PNC to move for abstention or to withdraw the reference.

4. This matter is set for further status to April 3, 2023 at 10:00 a.m.

Enter: _[signature]_

Dated:  March 30, 2023                           United States Bankruptcy Judge

**Prepared by:**

William J. Factor, FactorLaw,
105 W. Madison St., Suite 1500
Chicago, IL 60602
wfactor@wfactorlaw.com
312.878.6146