# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 22-06377 |
| | : | |
| Jeffrey Foster, | : | Hon. A. Benjamin Goldgar |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
PNC BANK, NATIONAL ASSOCIATION TO (I) APPLICATION TO EMPLOY
LIZ CALDWELL AND COMPASS FLORIDA LLC; (II) MOTION TO APPROVE
COMPROMISE OR SETTLEMENT PER RULE 9019; AND (III) MOTION FOR
ADMINISTRATIVE ORDER SETTING PROCEDURES FOR MARKETING AND
SALE OF FIESTA WAY PROPERTY**

PNC Bank, National Association ("PNC"), hereby files this Limited Objection and Reservation of Rights (this "Reservation") to the (I) Application to Employ Liz Caldwell and Compass Florida LLC (the "Retention Application") [Doc. 129]; (II) the Motion to Approve Compromise or Settlement Per Rule 9019 (the "9019 Motion") [130]; and (III) Motion for Administrative Order Setting Procedures for Marketing and Sale of Fiesta Way Property (the "Bid Procedures Motion") [Doc. 131]. As set forth in the 9019 Motion, PNC and Jeff Foster (the "Debtor") have reached an agreement as set forth in the Settlement Agreement attached to the 9019 Motion. PNC has been actively working with the Debtor to reach agreed language for the orders granting the Retention Application, the 9019 Motion, and the Bid Procedures Motion as PNC asserts that the proposed orders submitted with such filings do not adequately protect PNC's interests in the Settlement Agreement or are inconsistent with the Settlement Agreement. PNC remains hopeful that it and the Debtor will reach resolution of the issues in advance of the hearing set for Monday, April 3, 2023 (the "Hearing"); however, in order to preserve all rights, PNC hereby

files this Reservation.  PNC reserves all rights to amend this Reservation and to assert the specific issues with the proposed orders at the Hearing.

> PNC Bank, National Association
>
> By:/s/ *Marcel C. Duhamel*
> One of its Attorneys
>
> Marcel C. Duhamel (Ohio Bar No. 0062171)
> Vorys Sater, Seymour & Pease, LLP
> 200 Public Square, Suite 1400
> Cleveland, OH 44114
> (216) 479-6100
> MCDuhamel@vorys.com
>
> John F. Sullivan (ARDC 6205900)
> Plunkett Cooney, PC
> 221 N. LaSalle Street, Suite 1550
> Chicago, IL 60601
> (312) 670-6900
> jsullivan@plunkettcooney.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing *Limited Objection and Reservation of Rights of PNC Bank, N.A. to (I) Application to Employ Liz Caldwell and Compass Florida LLC; (II) the Motion to Approve Compromise or Settlement Per Rule 9019; and (III) Motion for Administrative Order Setting Procedures for Marketing and Sale of Fiesta Way Property* was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court.

By: /s/ *Marcel C. Duhamel*
　　Marcel C. Duhamel