UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-06377 |
| JEFFREY FOSTER | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT**

This matter coming to be heard on the motion of of Jeffrey Foster to approve a settlement with PNC Bank, N.A., due notice having been given under the circumstances, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted and the settlement approved. Notice of the motion is shortened for cause.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: April 17, 2023

**Prepared by:**

William J. Factor, FactorLaw,
105 W. Madison St., Suite 1500
Chicago, IL 60602
wfactor@wfactorlaw.com
312.878.6146