UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 22-06377
JEFFREY FOSTER )
)
) Chapter: 11
)
) Honorable A. Benjamin Goldgar
)
Debtor(s) )

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT**

This matter coming to be heard on the debtor's motion to extend time to file an amended plan and disclosure statement, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The deadline for Jeffrey Foster to file an amended plan and disclosure statement is extended to July 18, 2023.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 26, 2023

**Prepared by:**

Justin R. Storer
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602
wfactor@wfactorlaw.com
312.878.6146